**BORJA_A.dep**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7334

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALEX SAN NICOLAS BORJA, ) <br> ) <br> Defendant. ) <br> _____) | CRIMINAL CASE NO. 99-00047 <br><br> NOTICE OF INTENTION TO TAKE ORAL DEPOSITION WITH SUBPOENA DUCES TECUM |

TO:   Alex S.N. Borja
      c/o P.O Box XXXXXX
      Saipan, MP 96950

Please take notice that the United States of America, the plaintiff and judgment creditor herein, will on May 19, 2008 take oral deposition of defendant, ALEX SAN NICOLAS BORJA, in the above styled and number case pursuant to Rules 30 and 69(a) of the Federal Rules of Civil Procedure and in aid of collecting its judgment.

Said deposition will take place at the offices of the United States Attorney, 3rd Floor, Horiguchi Building, Garapan, Saipan, MP at 10:00 a.m. on May 19, 2008 and will continue until completed. Said deposition will be taken before a Certified Court Reporter and will be taken upon oral examination for the purpose of discovery or as evidence or both pursuant to the Federal Rules of Civil Procedure.

//

| | |
|---|---|
| 1 | Notice is hereby further given that at this deposition defendant, ALEX SAN NICOLAS |
| 2 | BORJA, is hereby required to produce all documents described in the accompanying |
| 3 | Schedule A. |
| 4 | DATED, this 7th day of March, 2008. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI


By:   /s/ Jessica F. Cruz
       JESSICA F. CRUZ
       Assistant U.S. Attorney
       Jessica.F.Cruz@usdoj.gov
       MIKEL W. SCHWAB
       Assistant U.S. Attorney
       mikel.schwab@usdoj.gov

SCHEDULE A TO NOTICE OF INTENT TO TAKE
ORAL DEPOSITION WITH SUBPOENA DUCES TECUM

1. Full and complete copies of your income tax returns for the past three (3) years filed by you or any business in which you owned an interest, or evidence of request to Department of Revenue and Taxation for filing of extension.

2. Earnings statements from your twelve (12) most recent pay checks.

3. Business records for the present year and past calendar or tax year which reflects assets, liabilities, contingent liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which you or your spouse owns any interest.

4. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where any sole proprietorship, partnership or corporation in which you or your spouse owns any interest has an account of any kind.

5. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where you or your spouse have an account of any kind.

6. All trust agreements in which you or your spouse are named settlor, trustee, or beneficiary.

7. All deeds, leases, contracts, and other documents evidencing encumbrances of any kind on real property owned by you or in which you or your spouse have any ownership interest.

8. All deeds of trusts, mortgages, or other documents evidencing encumbrances of any kind on real property owned by you or in which you or your spouse have any ownership interest.

9. A listing of all stock, bonds, or other securities of any class you own separately or jointly with others, including options to purchase any securities and the actual instruments if in your possession.

10. Current brokerage statements for the past twelve (12) months from any stock brokerage firm or similar entity where you or your spouse have an account of any kind.

11. Title to any motor vehicle owned by you or your spouse.

12. All life insurance policies in which you are either the insured or the beneficiary.

13. All promissory notes held by you, and all other documents evidencing any money owed to you either now or in the future.

14. All financial statements prepared by or for you in the last twelve (12) months and an updated verified Department of Justice financial statement (OBD 500) not more than sixty (60) days old (attached hereto).

15. All deeds, titles, bills of sale, or other documents prepared in connection with any transfer of real or personal property made with you, either by gift, sale, or otherwise in the last twelve (12) months.

16. A schedule of all regular expenses paid by you, such as installment debts, food, utilities, etc. Include the amount paid, the payee, and, if an installment debt, the amount of the debt owing and any security pledged.

17. All documents evidencing any interest you have in any pension plan, retirement fund, or profit sharing plan.

18. A certified copy of any divorce decree granted to you, plus a copy of any property settlement resulting from said divorce, including alimony and child support agreements or orders.

**Perez, Michelle (USAGU)**

| | |
|---|---|
| From: | ecf-nmid@nmid.uscourts.gov |
| Sent: | Saturday, March 08, 2008 11:13 AM |
| To: | ecf-nmid@nmid.uscourts.gov |
| Subject: | Activity in Case 1:99-cr-00047 United States of America v. Mundo Notice (Other) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Northern Mariana Islands

## Notice of Electronic Filing

The following transaction was entered by Cruz, Jessica on 3/8/2008 at 11:13 AM GMT+10 and filed on 3/8/2008
**Case Name:**    United States of America v. Mundo
**Case Number:**  1:99-cr-47
**Filer:**
**Document Number:** 154

**Docket Text:**
NOTICE *of Intention to Take Oral Deposition with Subpoena Duces Tecum* by Alex San Nicolas Borja (Cruz, Jessica)


**1:99-cr-47-3 Notice has been electronically mailed to:**

David G. Banes    dbanes@saipan.com, attorneys@saipan.com

Marivic P. David    Marivic.David@usdoj.gov, Michelle.Perez@usdoj.gov

**1:99-cr-47-3 Notice will be delivered by other means to:**

Cindy Adams
Law Office of Brian McMahon
P.O. Box 501267
Saipan, MP 96950

Paul A. Lawlor
AAA-741 P.O. Box 10,001
Saipan, MP 96950

1

Steven P Pixley
2nd Floor, CIC Centre
P.O. Box 7757 SVRB
Saipan, MP 96950

David T Wood
Horiguchi Bldg, 3rd Floor
P.O. Box 50377
Saipan, MP 96950

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1107461626 [Date=3/8/2008] [FileNumber=29017-0] [ 362e0021117aa4f107eaea5ecdb81d7f4a7aa3d68403f5c8fabf7770b545399929cf18 610e18d9e09ff043eb73a9636bd8ba522db56004dfd79dd091f82b06c5]]

2